

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1486-09

**ROBERT V. WOODARD Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### TARRANT COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of three counts of aggravated sexual assault and two counts of sexual assault. The jury assessed punishment at confinement for fifty years for each of the three aggravated sexual assault counts and thirty years for the two counts of sexual assault. The Court of Appeals affirmed the conviction. *Woodard v. State*, No. 07-08-0288-CR (Tex. App. — Amarillo, delivered July 28, 2009). Appellant's petition

for discretionary review was dismissed as untimely filed on October 28, 2009.  Appellant

has filed a motion for rehearing requesting reinstatement of his petition so that it will be

considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed

on August 31, 2009, is reinstated as of December 16,  2009, and will be considered in

accord with Tex.R.App.P. 68.  The copies must be filed in **THIS** Court by December 23,

2009.

Delivered December 16, 2009
Do not publish